UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CRAIG ALAN VANNESS,<br><br>　　　　　　　　　　　　Plaintiff,<br>v.<br><br>SECOND JUDICIAL DISTRICT COURT., et al.,<br><br>　　　　　　　　　　　　Defendants. | Case No. 3:24-cv-00309-ART-CLB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE (ECF No. 3) |

　　　*Pro se* Plaintiff Craig Vanness filed this action against the Second Judicial District Court and the State of Nevada, alleging claims relating to his registration as a sex offender. (ECF No. 1-1.) Magistrate Judge Carla Baldwin issued a report and recommendation ("R&R") recommending that Plaintiff's application to proceed *in forma pauperis* be granted and Plaintiff's claims be dismissed with prejudice. (ECF No. 3.)

　　　Under the Federal Magistrates Act, a Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by [a] magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, the court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). A court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

　　　Plaintiff has not filed an objection Judge Baldwin's R&R and his time to do so has now expired. After Plaintiff's mail was returned as undeliverable, the Court granted Plaintiff additional time to update his address and file objections to the

R&R. (ECF No. 8.) Plaintiff filed a notice of change of address but did not file an objection to the R&R. (ECF No. 9.)

**Conclusion**

The Court therefore orders that Judge Baldwin's report and recommendation (ECF No. 3) is adopted in full, except that Plaintiff's application to proceed IFP is denied as moot. Accordingly:

Plaintiff's complaint (ECF No. 1-1) is DISMISSED with prejudice.

Plaintiff's application to proceed IFP (ECF No. 1) is DENIED as moot.

The Clerk of the Court is directed to enter judgment accordingly and CLOSE the case.

DATED: December 16, 2024.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE